KOICHI ISHII v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 22, 1917.) No. 3063. Appeal from the District Court of the United States for the Territory of Hawaii. Ed. F. Jared, Asst. U. S. Atty., of San Francisco, Cal.

PER CURIAM. Upon motion of counsel for the appellee, and good cause therefor appearing, ordered appeal in the above-entitled cause dismissed for the noncompliance by the appellant with the provisions of subdivision 1 of rule 16 of the Rules of Practice of this court (150 Fed. xxix, 79 C. C. A. xxix).

---

McCASKELL v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 6, 1917.) No. 4866. In Error to the District Court of the United States for the Western District of Arkansas. J. V. Bourland, U. S. Atty., of Ft. Smith, Ark.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, for want of prosecution, etc., on motion of defendant in error.

---

McINTYRE–MANN TIMBER LAND CO. et al. v. ROSENFELD. (Circuit Court of Appeals, Eighth Circuit. February 2, 1917.) No. 4860. Appeal from the District Court of the United States for the Eastern District of Arkansas. John M. Moore, of Little Rock, Ark., and Danaher & Danaher, of Pine Bluff, Ark., for appellants. Henry M. Armistead, of Little Rock, Ark., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellants, except attorney fee for appellee waived, per stipulation of parties.

---

MARENTETTE v. DETROIT UNITED RY. (Circuit Court of Appeals, Sixth Circuit. June 30, 1917.) No. 3052. In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. Selling & Brand, of Detroit, Mich., for plaintiff in error. Corliss, Leete & Moody and William G. Fitzpatrick, all of Detroit, Mich., for plaintiff in error. Dismissed pursuant to stipulation.

---

MASA KEAN v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 22, 1917.) No. 3066. Appeal from the District Court of the United States for the Territory of Hawaii. Ed. F. Jared, Asst. U. S. Atty., of San Francisco, Cal.

PER CURIAM. Upon motion of counsel for the appellee, and good cause therefor appearing, ordered appeal in the above-entitled cause dismissed for the noncompliance by the appellant with the provisions of subdivision 1 of rule 16 of the Rules of Practice of this court (150 Fed. xxix, 79 C. C. A. xxix).

---

NATIONAL SURETY CO. v. WENTZ et al. (Circuit Court of Appeals, Eighth Circuit. November 13, 1916.) No. 4770. In Error to the District Court of the United States for the District of Nebraska. T. S. Allen, of Lincoln, Neb., for plaintiff in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of plaintiff in error.

---

NATSU ISHII v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 22, 1917.) No. 3065. Appeal from the District Court of the United States for the Territory of Hawaii. Ed. F. Jared, Asst. U. S. Atty., of San Francisco, Cal.

PER CURIAM. Upon motion of counsel for the appellee, and good cause therefor appearing, ordered, appeal in the above-entitled cause dismissed